**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

James T. Sullivan, et al.

                              Plaintiff,

v.                                           Case No.: 1:08−cv−00332
                                             Honorable Ronald A. Guzman

Hulett Corporation

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 14, 2008:

        MINUTE entry before Judge Ronald A. Guzman :Plaintiffs having filed a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1) this action is hereby dismissed. Any pending motions or schedules are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.